UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

PETCO Animal Supplies Stores, Inc.,          Court File No. 10-682 (DWF/JSM)
a Delaware corporation,

                    Plaintiff,

    -vs-

Insurance Company of North America,
a Pennsylvania corporation,

                    Defendant.

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE

Plaintiff, PETCO Animal Supplies Stores, Inc., for its Fed.R.Civ.P. 7.1 disclosure, states

that its sole shareholder PETCO Animal Supplies, Inc., both of which are private corporations.

**HENSON & EFRON, P.A.**

Dated: April 26, 2010                By___s/ Scott A. Neilson_____
                                        Scott A. Neilson, 239951
                                        Wesley T. Graham, 34574X
                                     220 South Sixth Street, Suite 1800
                                     Minneapolis, Minnesota 55402-4503
                                     Telephone: 612-339-2500

                                     Attorneys for Plaintiff PETCO Animal Supplies
                                     Stores, Inc.

394726 DOC